```
 1 | JASON FRIERSON
   | United States Attorney
 2 | District of Nevada
   | Nevada Bar No. 7709
 3 |
   | R. THOMAS COLONNA
 4 | Assistant United States Attorney
   | 501 Las Vegas Blvd. So., Suite 1100
 5 | Las Vegas, Nevada 89101
   | (702) 388-6336
 6 | Email: richard.colonna@usdoj.gov
 7 | Attorneys for the United States
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATALIIA DZETSYNA | Case No. 2:24-cv-01354 |
| Plaintiff, | **Stipulation and Order** |
| v. | **(First Request)** |
| ALEIANDRO MAYORKAS, UNITED STATES SECRETARY of HOMELAND SECURITY; UR MENDOZA JADDOU, DIRECTOR of U.S, CITIZENSHIP and IMMIGRATION SERVICES; GEORGE MIHALKO, DIRECTOR of LOS ANGELES ASYLUM OFFICE of U.S.C.I.S.; and JOHN DOE, ADJUDICATION OFFICER for LOS ANGELES ASYLUM OFFICE of U.S.C.I.S.,, | |
| Defendants. | |

Plaintiff Nataliia Dzetsyna, and Defendants United States of America, Alejandro Mayorkas, Ur Mendoza Jaddou, and George Mihalko ("Federal Defendants") hereby stipulate to extend the time for the Federal Defendants to file an Answer or otherwise respond to Plaintiff's Complaint within 60 days, from September 30, 2024, to November 29, 2024.

This extension will allow additional time for the client agency to obtain additional documentation from the plaintiff to adjudicate this case. It will also allow the undersigned counsel adequate time to receive and review any additional materials or information from the client agency.

For the above reasons, Federal Defendants respectfully request this extension of time, from September 30, 2024, to November 29, 2024, to file an Answer or otherwise respond to Plaintiff's Complaint.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 18th day of September 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Anthony D. Guenther*      */s/ R. Thomas Colonna*
ANTHONY D. GUENTHER      R. THOMAS COLONNA
Nevada Bar No: 5651      Assistant United States Attorney
721 S 6th Street      501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101      Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**   September 19, 2024

2