JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Email: richard.colonna@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIIA DZETSYNA,<br><br>        Plaintiff,<br><br>v.<br><br>ALEIANDRO MAYORKAS, UNITED STATES SECRETARY of HOMELAND SECURITY; UR MENDOZA JADDOU, DIRECTOR of U.S, CITIZENSHIP and IMMIGRATION SERVICES; GEORGE MIHALKO, DIRECTOR of LOS ANGELES ASYLUM OFFICE of U.S.C.I.S.; and JOHN DOE, ADJUDICATION OFFICER for LOS ANGELES ASYLUM OFFICE of U.S.C.I.S.,,<br><br>        Defendants. | Case No. 2:24-cv-01354<br><br>**Stipulation and Order**<br><br>**(Second Request)** |

    Plaintiff Nataliia Dzetsyna, and Defendants United States of America, Alejandro Mayorkas, Ur Mendoza Jaddou, and George Mihalko ("Federal Defendants") hereby stipulate to extend the time for the Federal Defendants to file an Answer or otherwise respond to Plaintiff's Complaint within 30 days, from November 29, 2024, to December 30, 2024.

    This extension will allow additional time for the client agency to complete their process and adjudicate Plaintiff's claim.

1  For the above reasons, Federal Defendants respectfully request this extension of
2  time, from November 29, 2024, to December 30, 2024, to file an Answer or otherwise
3  respond to Plaintiff's Complaint.
4  This stipulated request is filed in good faith and not for the purposes of undue delay.
5  Respectfully submitted this 25st day of November 2024.

JASON M. FRIERSON
United States Attorney

/s/ Anthony D. Guenther
ANTHONY D. GUENTHER
Nevada Bar No: 5651
721 S 6th Street
Las Vegas, NV 89101
*Attorney for Plaintiffs*

/s/ R. Thomas Colonna
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 25, 2024